# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:11CR3098 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| SERGIO GONZALEZ-ALVAREZ, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the status report filed by counsel for the government, material witness Amado Olmos-Sanchez has been deposed, the government no longer has any reason to maintain custody of Amado Olmos-Sanchez, and he may be released to the custody of the Department of Homeland Security.

Accordingly,

IT IS ORDERED:

1) The motion for release filed by Amado Olmos-Sanchez, (filing no. 89), is granted.

2) The Marshal shall release material witness Amado Olmos-Sanchez from its custody.

November 8, 2011..

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge