IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3098 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| SERGIO GONZALEZ-ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's motion, (filing no. 94), is granted.

2) The Marshal shall release from its custody all material witnesses for this case; namely, Agustin Navarrete-Vega, Salvador Hernandez-Angeles, Alfredo Fortino Geronimo-Fabian, Celestino De Luna-Ruvalcaba, and Amado Olmos-Sanchez.

DATED this 8th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge