IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3098 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO GONZALEZ-ALVAREZ, | ) | MEMORANDUM ON SENTENCING |
| | ) | SCHEDULE |
| Defendant. | ) | |

On January 31, counsel for Sergio Gonzalez-Alvarez filed Defendant's Sentencing Memorandum in Support of Deviation, filing 111, and Defendant's Exhibit List for Sentencing Memorandum, filing 112. There are no motions requesting deviation filed.

The Order on Sentencing Schedule, filing 98, set the date for filing motions "for <u>deviation or variance</u> from the guidelines . . ." for January 17, 2012.

The sentencing hearing is scheduled for Monday, February 6, 2012, at 1:00 p.m.

On the court's own motion,

IT IS ORDERED that the defendant shall have until Friday, February 3, 2012, to file a motion for deviation or variance.

Dated February 1, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge